# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 08-1570-VAP (OPx)          Date:  May 1, 2012

Title:   JAMES COLE -v- CRST, INC.
================================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:   MINUTE ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION (DOC. NO. 100) WITHOUT PREJUDICE TO REFILING A NOTICED MOTION (IN CHAMBERS)

    The Court has received and reviewed Plaintiff's Ex Parte Application (Doc. No. 100) and Defendant's Opposition (Doc. No. 101) thereto.  Having considered both the Application and Opposition, the Court DENIES Plaintiff's Application without prejudice to either Plaintiff or Defendant filing a properly noticed motion addressing the issues set forth in their respective papers.

    **IT IS SO ORDERED.**