UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | EDCV 08-1570-VAP (OPx) | Date  September 10, 2012 |

Title   JAMES COLE, on behalf of himself and all others similarly situated -v- CRST, INC., an Iowa corporation, and DOES 1 through 50, inclusive

Present: The Honorable   VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Marva Dillard | Phyllis Preston | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| James R. Hawkins | James H. Hanson |

Proceedings:   1. Defendant's Motion for Judgment on the Pleadings, ECF #106;

2. Defendant's Motion for Decertification, ECF #108

Court issues a tentative ruling, hears oral argument and takes the matters under submission.

- : 30

Initials of Preparer   md