UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COLE, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>CRST, INC., an Iowa corporation, and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. EDCV 08-1570-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Minute Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Sixth Claim is DISMISSED WITH PREJUDICE. Pursuant to the Minute Order filed on September 27, 2012 (Doc. No. 125), IT IS ORDERED AND ADJUDGED that judgment is entered in favor of CRST, Inc. on Plaintiff's first claim.

| | |
|---|---|
| 1 | |
| 2 | The Court orders that such judgment be entered. |
| 3 | |
| 4 | *Virginia A. Phillips* |
| 5 | Dated: <u>March 5, 2013</u> |
| 6 | VIRGINIA A. PHILLIPS<br>United States District Judge |

2