**United States District Court**
**Central District of California**

JS-6

FILED
CLERK, U.S. DISTRICT COURT

3/31/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ____ BH ____ DEPUTY

James Cole,

                    Plaintiff,

          v.

CRST Inc., et al.

                    Defendants.

EDCV 08-1570-VAP (SPx)

**Judgment**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

  Pursuant to the Order granting Defendants' Motion for Summary Judgment filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:    3/31/17

_____
Virginia A. Phillips
Chief United States District Judge