UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 29 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES COLE, on behalf of himself and all others similarly situated,<br><br>   Plaintiff-Appellant,<br><br>v.<br><br>CRST VAN EXPEDITED, INC., FKA CRST, Inc., an Iowa Corporation; DOES, 1-50, inclusive,<br><br>   Defendants-Appellees. | No.   17-55606<br><br>D.C. No.<br>5:08-cv-01570-VAP-SP<br>Central District of California, Riverside<br><br>ORDER |

Before: RAWLINSON and HURWITZ, Circuit Judges, and BOUGH,* District Judge.

Appellee's Renewed Motion to Dismiss Appeal as Moot, filed March 26, 2021, is DENIED.

---

   *   The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri, sitting by designation.